IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH J. MILLER,<br><br>Defendant. | 9:23-PO-05037-KLD<br><br>ORDER |

The United States has filed an Unopposed Motion to Quash Warrant and Set Appearance. Accordingly, and good cause appearing,

IT IS ORDERED that the arrest warrant is QUASHED and the initial appearance in this case RESCHEDULED for 9:00 a.m. on December 7, 2023, at the Russell Smith Courthouse in Missoula, Montana.

DATED this 5th day of December, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge